**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**December 20, 2011**

CASE NUMBER:  CV 11-05609 JCS  
CASE TITLE:  TRACEY N THOMPSON-v-JOHN SCICILLIAN

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/20/11

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies  
Log Book Noted

Special Projects  
Entered in Computer 12/20/11 ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel

Transferor CSA